Bolívar *v.* El Registrador de la Propiedad.

Recurso gubernativo contra nota del Registrador de la Propiedad de Caguas.

No. 13.—Resuelto en junio 27, 1907.

Ejecución de Hipotecas—Venta de los Bienes Hipotecados.—El procedimiento ejecutivo sumario establecido en la Ley Hipotecaria para el cobro de créditos hipotecarios, debe ajustarse á la Ley de marzo 9, 1905, relativa á las sen-

tencias y manera de satisfacerlas, en cuanto á los trámites subsiguientes para la ejecución de la providencia ordenando la venta en pública subasta de los bienes hipotecados por falta de pago dentro de los treinta días que se le concedan para verificarlo.

Los hechos están expresados en la opinión.

Abogado del recurrente: *Sr. Texidor.*

El Juez Presidente Sr. Quiñones, emitió la opinión del tribunal.

*Visto* el presente recurso gubernativo interpuesto por el abogado Don Jacinto Texidor, á nombre de Don Gorgonio de Bolívar contra nota denegatoria del Registrador de la Propiedad de Caguas á inscribir una escritura de venta.

*Resultando:* que seguido procedimiento ejecutivo sumario en la Corte de Distrito del Distrito Judicial de Humacao por Don Gorgonio de Bolívar y Alvarez contra la viuda y sucesión de Don Jaime Vilá y Canals en cobro de un crédito hipotecario por la suma de 12,000 dollars intereses y costas sobre una finca rústica de 196 cuerdas de terreno, radicadas en el barrio del "Hato" del término municipal de Hato Grande, hoy San Lorenzo, se dispuso por la corte que por el marshal se requiriera á la sucesión deudora para que en el término de 30 días verificara el pago de la cantidad principal reclamada, con los intereses devengados y las costas causadas, apercibida de que no verificando el pago dentro de dicho término, se sacaría á pública subasta la finca hipotecada; y que habiéndolo verificado así el marshal, como transcurrieran los 30 días sin haber verificado el pago los deudores, se ordenó por la corte se sacara á pública subasta la finca hipotecada, procediendo el marshal en su consecuencia á la ejucución de esta orden, señalando día para la celebración de la subasta, en cuyo acto se presentaron varios licitadores, y estimándose la mejor oferta la hecha por el abogado Don Jacinto Texidor á nombre del ejecutante Don Gorgonio Bolívar por la suma de 11,000 dollars, se le adjudicó la finca subastada por la suma ofrecida á cuenta de su crédito y otorgándole el marshal la correspondiente escritura de venta, el notario de Humacao, Don An-

tonio de Aldrey y Montoliu, en 18 de diciembre de 1906, y aceptando la escritura á nombre del comprador Don Gorgonio de Bolívar, Don Gil Martínez, como apoderado sustituto del mismo Bolívar, según poder que otorgara á favor de su hermano Don Pedro, de igual apellido, por escritura ante el notario Don Herminio Díaz Navarro, en 15 de noviembre de 1904, con facultades expresas para comprar y vender toda clase de bienes y para nombrar sustitutos, como así lo verificó á favor del Don Gil Martínez en 14 de diciembre de 1906, por escritura otorgada en esta ciudad de San Juan ante el abogado y notario de la misma Don Salvador Suau Carbonell, con vista de una copia de dicho poder, y cuya sustitución obra inserta al final de dicha escritura de venta.

*Resultando:* que presentada ésta en el Registro de la Propiedad de Caguas para su inscripción la denegó el registrador por los motivos que se expresan en la nota que puso al pie de dicho documento, la que copiada á la letra dice así:

"No admitida la inscripción del precedente documento porque habiendo sido tasada la finca adjudicada con renuncia de todo nuevo avalúo á los efectos del pago de la hipoteca porque se vendió en la suma de treinta mil pesos provinciales con infracción del procedimiento que se marca y determina en la vigente Ley Hipotecaria, ha sido adjudicada dicha finca en primera subasta por menos de las dos terceras partes del mencionado tipo de tasación sin haberse cubierto, por consiguiente, los créditos preferentes á que se hallaba afecta la misma finca, tomándose anotación por 120 días al folio 81 vuelto, del tomo 15 del ayuntamiento de San Lorenzo, finca número 606 duplicado, anotación (C) digo letra G., con el defecto además subsanable de no haberse acreditado debidamente el carácter de apoderado de Don Gorgonio de Bolívar y su esposa Doña Angela Daubón que ostenta Don Gil Martínez Achalandabaso.—Caguas, 31 de mayo de 1907."

*Resultando:* que contra esta nota ha interpuesto en tiempo el abogado Don Jacinto Texidor á nombre de Don Gorgonio de Bolívar el presente recurso gubernativo para que se revoque dicha nota y se ordene al registrador la inscripción de la escritura.

*Considerando:* que el procedimiento ejecutivo sumario establecido por la Ley Hipotecaria .y su Reglamento para el cobro de los créditos hipotecarios, ha sido modificado esencialmente por la Ley de la Asamblea Legislativa de esta Isla de 9 de marzo de 1905, "relativa á las sentencias y manera de satisfacerlas" en cuanto á los trámites subsiguientes para la ejecución de la providencia ordenando la venta en pública subasta de los bienes hipotecados por la falta de pago del deudor dentro de los 30 días que se le concedieran para verificarlo, como así lo ha declarado esta Corte Suprema en sentencia de 8 de febrero de 1906, en el caso de *Emilia Jiménez y Felicia Garriga y Brenes, contra Julio Brenes y Aponte.*

*Considerando:* que tampoco existe en la escritura el defecto subsanable que dice el Registrador de la Propiedad de Caguas, toda vez que en dicho documento obra inserta la sustitución de poder hecha en favor de Don Gil Martínez del que le confiriera Don Gorgonio de Bolívar y Alvarez á su hermano Don Pedro de los mismos apellidos, con facultades entre otras, para adquirir ó enajenar fincas, censos, derechos créditos, ú otros bienes, con los pactos y condiciones que estimare oportunos, y para otorgar las escrituras del caso, y cuyo poder fué sustituído por el apoderado Don Pedro en uso de la facultad de sustitución que también contenía en Don Gil Martínez, por lo cual consta acreditada en la escritura la personalidad de éste para aceptar en nombre de Don Gorgonio de Bolívar la escritura de venta de que se trata.

*Vistas* las disposiciones legales y la resolución de esta Corte Suprema que se citan en la presente.

· *Se revoca* la nota denegatoria puesta por el Registrador de la Propiedad de Caguas al pie de la escritura de que se trata en el presente recurso, y devuélvasele con copia certificada de la presente resolución para que proceda á inscribir dicha escritura, con arreglo á derecho y á los demás efectos que correspondan.                    *Revocada.*

Jueces concurrentes: Sres. Hernández, Figueras y Wolf. Juez disidente: Sr. MacLeary.